El Pueblo de Puerto Rico, Ex-Rel., José Víctor Bosch, José A. Irizarry, Pablo Font, Pedro Bosch, Felipe Romero y Rafael Muñoz Ramos, querellantes y apelados, *v.* Francisco Pietri Mariani, querellado y apelante.

No. 3533.—*Visto:* Abril 28, 1925. *Resuelto:* Julio 24, 1925.

"Quo Warranto"—Jurisdicción, Procedimientos y Remedio—Cuestiones que Pueden Presentarse para Decisión—"Res Judicata".—Cuando en un procedimiento de *quo warranto* se plantea la cuestión de si el querellado, que se alegaba era un súbdito francés, podía ser alcalde por un término que vencía en determinada fecha, la única cuestión que puede propiamente presentarse ante el tribunal para su decisión es su derecho a dicho cargo y no su ciudadanía, y ésta, por eso, no puede ser cosa juzgada.

Sentencia de *R. Díaz Cintrón*, J. (Ponce), declarando con lugar petición de "*quo warranto*", con costas al querellado. *Confirmada.*

*Leopoldo Tormes García*, abogado del apelante; *José Rosario Gelpí*, abogado de los apelados.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

El apelante por virtud de un auto de *quo warranto* radicado en la Corte de Distrito de Ponce fué separado de su cargo. El apela y alega haberse cometido diez errores por la corte sentenciadora.

Desde que el apelante estableció su apelación ha tenido lugar una elección en Puerto Rico y por tanto la revocación de la sentencia no podía restituir al apelante en el cargo que una vez ocupó. El apelante admite prácticamente esto en su décimo señalamiento de error, pero sostiene substancialmente que había una cuestión de hecho envuelta que seriamente le ha afectado en sus derechos, a saber: que el caso decidió que el apelante era un ciudadano francés y no un ciudadano de Puerto Rico y de los Estados Unidos.

La sentencia de la Corte de Distrito de Ponce declarando que el peticionario era un súbdito francés, sería concluyente para el apelante solamente en un pleito para poner a prueba su derecho al cargo de alcalde de la ciudad de Adjuntas por el término que vencía en enero de 1925. La sentencia de la

Corte de Distrito de Ponce no sería conclusiva contra él en cuanto a la ciudadanía en una acción establecida por cualquier otra persona contra él, o en un pleito por él comenzado contra alguna otra persona. La sentencia no podía ni siquiera ser concluyente si el apelante fuera otra vez candidato para el cargo de Alcalde de Adjuntas. El principio de *res adjudicata* es aplicable únicamente a las acciones entre las mismas partes sobre la misma causa de acción, y cualquier hecho envuelto en dicha acción entre dichas partes.

El único hecho que puede propiamente presentarse ante un tribunal para su decisión (*justiciable*) envuelto en este caso, era si el apelante, que se alegaba era un súbdito francés, podía ser alcalde de Adjuntas por un término que vencía en enero de 1925. Su ciudadanía no era tal hecho que pudiera presentarse debidamente en un tribunal para su decisión, toda vez que el Pueblo de Puerto Rico no tiene ningún interés en declarar que él no es un ciudadano de los Estados Unidos. El interés era y la cuestión fué su derecho a dicho cargo.

*Como la apelación no envuelve ninguna cuestión substancial y la revocación de la sentencia no podía restituir al apelante en su cargo, debe confirmarse dicha sentencia.*